CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America and
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHNSON,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 25-cv-05336-LJC

**STIPULATION TO STAY; ORDER**

Subject to the Court's approval, Plaintiff and defendants the United States of America and Federal Bureau of Prisons ("Federal Defendants"), through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on January 20, 2026, the Court issued an order relating the above-captioned case to *Sanchez v. United States of America*, No. 3:25-cv-05333-LJC (and five other cases filed by the same counsel) (ECF No. 22);

WHEREAS, Plaintiff intends to dismiss the individual defendants in this case;

WHEREAS, the parties in this case and the six related cases have agreed that the Court should consider a bellwether motion in the related *Sanchez* case pursuant to which Federal Defendants will raise

STIPULATION TO STAY CASE; [ORDER] No. 25-cv-05336-LJC           1

various defenses, including *inter alia* venue and subject matter jurisdiction, which will then inform how the remaining six cases may proceed;

WHEREAS, to make the proposed bellwether process as streamlined and as efficient as possible, and to reduce burdens on the Court, the Parties have agreed to stay the above-captioned case during the pendency of the forthcoming motion in *Sanchez*; and

WHEREAS, the Parties further agree that they will submit a status report within 30 days of the Court's order in *Sanchez* that will, as appropriate, propose a case schedule in the above-captioned case that will address, as appropriate, issues related to dismissal, transfer, and amendment.

NOW, THEREFORE, THE PARTIES AGREE, subject to Court approval, as follows:

1.     The above-captioned case should be stayed during the pendency of the forthcoming bellwether motion in *Sanchez*; and

2.     The Parties should submit a status report within 30 days of the Court's order in *Sanchez* that will propose a case schedule in the above-captioned case that will address, as appropriate, issues related to dismissal, transfer, and/or amendment.

IT IS SO STIPULATED.

DATED:  February 12, 2026                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED:  February 12, 2026                          */s/ Laura Elizabeth Brown*
LAURA ELIZABETH BROWN
NICHOLAS J.P. WAGNER

Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the above-captioned case is stayed during the pendency of the forthcoming bellwether motion in *Sanchez v. United States of America*, No. 3:25-cv-05333-LJC.  It is FURTHER ORDERED that the Parties shall submit a status report within 30 days of the Court's order in *Sanchez* that will propose a case schedule in the above-captioned case that will address, as appropriate, issues related to dismissal, transfer, and/or amendment.

IT IS SO ORDERED.

DATED:  February 12, 2026

_____
THE HONORABLE LISA J. CISNEROS

STIPULATION TO STAY; [ORDER No. 25-cv-05336-LJC                    1